UNITED STATES v. RICKERT. (Circuit Court of Appeals, Eighth Circuit. May 6, 1903.) No. 1,580. Appeal from the Circuit Court of the United States for the District of South Dakota. James D. Elliott and William G. Porter, for appellant. A. B. Kittridge and W. D. Lane, for appellee. Reversed, without costs to either party in this court, and remanded, with directions to enter a decree for the complainant, etc.

---

UNITED STATES SAVINGS & LOAN CO. v. PARKER et al. (Circuit Court of Appeals, Ninth Circuit. May 25, 1903.) No. 916. Appeal from the Circuit Court of the United States for the District of Oregon. J. Thorburn Ross, E. B. Seabrook, Wm. A. Munly, and John K. Kollock, for appellant. J. Q. A. Bowlby, for appellee H. B. Parker. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. On the authority of The Pacific States Savings, Loan and Building Company, a corporation, v. Lizzie A. Green et al. (just decided) 123 Fed. 43, the judgment is reversed, and cause remanded to the court below, with directions to overrule the demurrer to the bill, with leave to the defendants to answer.

---

W. A. DOODY CO. et al. v. B. T. ADAMS & CO. (Circuit Court of Appeals, Fifth Circuit. June 20, 1903.) No. 1,232. Appeal from the District Court of the United States for the Southern District of Georgia. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Finding no element of fraud or illegal preference in this case, the decree of the District Court is in all respects affirmed.

---

WELCH v. JOSLYN. (Circuit Court of Appeals, Eighth Circuit. June 17, 1903.) No. 1,922. In Error to the Circuit Court of the United States for the District of Nebraska. Carlos S. Andrews, for plaintiff in error. Connell & Ives, for defendant in error. Dismissed, without costs to either party in this court, pursuant to stipulation of the parties.

---

WHITTAKER v. COWEN et al. (Circuit Court of Appeals, Sixth Circuit. May 6, 1903.) No. 1,079. Appeal from the Circuit Court of the United States for the Eastern District of Kentucky. Martin M. Durrett, for appellant. Judson Harmon, Thomas B. Paxton, Kittridge & Wilby, Chas. H. Stephens, and Harlan Cleveland, for appellees. Dismissed.